### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CANNON,<br>an individual,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOMOTIVE FINANCIAL<br>SERVICES, INC.,<br>a Pennsylvania Corporation,<br>and<br>GENUINE PARTS COMPANY,<br>a Georgia Corporation,<br><br>  Defendants. | Case No: 1:22-cv-01381-GBW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims.

Dated: May 9, 2023

Respectfully submitted,            Respectfully submitted,

 /s/ David T. Crumplar         /s/ Shari Lumb Milewski
David T. Crumplar (#5876)       Shari Lumb Milewski, Esq.
Jacobs & Crumplar, P.A.        Maron Marvel Bradley Anderson & Tardy LLC
750 Shipyard Drive, Ste 200       1201 N. Market Street, Ste. 1100
Wilmington, DE 19801         Wilmington DE 19801
302-656-5445            Tel: (302) 472-1747
Davy@jcdelaw.com          Fax: (302) 425-0180
                   slm@maronmarvel.com

-and-                *Attorneys for Defendants Automotive Financial*
                    *Services, Inc. and Genuine Parts Company*
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A

Pembroke Pines, FL 33029
305-891-1322

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Shari Lumb Milewski, Esq.
Maron Marvel Bradley Anderson & Tardy LLC
1201 N. Market Street, Ste. 1100
Wilmington DE 19801
Tel: (302) 472-1747
Fax: (302) 425-0180
slm@maronmarvel.com

                                             */s/ David T. Crumplar*
                                             David T. Crumplar (#5876)
                                             Jacobs & Crumplar, P.A.